B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**POWER & ENVIRONMENT INTERNATIONAL, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**95-4455936** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**26 AFFONSO #502**<br>**Carson City, NV**<br>ZIP Code **89706** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Carson City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX 2890**<br>**Minden, NV**<br>ZIP Code **89423** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **POWER & ENVIRONMENT INTERNATIONAL, INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3
---|---

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**POWER & ENVIRONMENT INTERNATIONAL, INC.**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X** **/s/ KEVIN A. DARBY, ESQ.**
Signature of Attorney for Debtor(s)

**KEVIN A. DARBY, ESQ. 7670**
Printed Name of Attorney for Debtor(s)

**DARBY LAW PRACTICE, LTD**
Firm Name

**4777 CAUGHLIN PARKWAY**
**RENO, NV 89519**

_____
Address

**Email: kevin@darbylawpractice.com**
**775.322.1237  Fax: 775.996.7290**
Telephone Number

**June  4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ MARC A BASCHE**
Signature of Authorized Individual

**MARC A BASCHE**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**June  4, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**      Case No. _____
                                   Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Advanced Battery Systems**<br>**5649 Mesmer Ave**<br>**Culver City, CA 90230** | **Advanced Battery Systems**<br>**5649 Mesmer Ave**<br>**Culver City, CA 90230** | **Trade Debt** | | **9,845.23** |
| **Air Power Consultants, Inc.**<br>**18903 West 157th Terrace**<br>**Olathe, KS 66062** | **Air Power Consultants, Inc.**<br>**18903 West 157th Terrace**<br>**Olathe, KS 66062** | **Trade Debt** | | **18,205.00** |
| **BERNARD & SONS**<br>**16128 Saticoy Street**<br>**Van Nuys, CA 91406** | **BERNARD & SONS**<br>**16128 Saticoy Street**<br>**Van Nuys, CA 91406** | **TRADE DEBT** | | **11,000.00** |
| **C&C POWER, INC.**<br>**395 Mission St**<br>**Carol Stream, IL 60188** | **C&C POWER, INC.**<br>**395 Mission St**<br>**Carol Stream, IL 60188** | **Trade debt** | | **48,239.25** |
| **Computer Room Design Corporation**<br>**120 West Drive**<br>**Lodi, OH 44254** | **Computer Room Design Corporation**<br>**120 West Drive**<br>**Lodi, OH 44254** | **Trade Debt** | | **15,302.91** |
| **EATON CORPORATION**<br>**c/o The Alberts Firm**<br>**Attn: JEREMY J. ALBERTS, ESQ.**<br>**1600 North Broadway, Suite 1010**<br>**Santa Ana, CA 92706** | **EATON CORPORATION**<br>**c/o The Alberts Firm**<br>**Attn: JEREMY J. ALBERTS, ESQ.**<br>**Santa Ana, CA 92706** | **Trade debt** | | **50,097.58** |
| **FARMERS INSURANCE**<br>**4680 WILSHIRE BLVD**<br>**Los Angeles, CA 90010** | **FARMERS INSURANCE**<br>**4680 WILSHIRE BLVD**<br>**Los Angeles, CA 90010** | **INSURANCE** | | **11,994.05** |
| **FEDERAL EXPRESS**<br>**PO BOX 32526**<br>**Pasadena, CA 91185-1415** | **FEDERAL EXPRESS**<br>**PO BOX 32526**<br>**Pasadena, CA 91185-1415** | **Trade debt** | | **18,663.60** |
| **FEDEX Freight West, Inc.**<br>**6411 Guadalupe Mines Road**<br>**San Jose, CA 95120** | **FEDEX Freight West, Inc.**<br>**6411 Guadalupe Mines Road**<br>**San Jose, CA 95120** | **Trade Debt** | | **21,031.81** |
| **Guardian Power Protection Services**<br>**26685 Madison Ave**<br>**Suite A**<br>**Murrieta, CA 92562** | **Guardian Power Protection Services**<br>**26685 Madison Ave**<br>**Suite A**<br>**Murrieta, CA 92562** | **Trade Debt** | | **13,338.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**          Case No.   _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **H.M. CRAGG CO.**<br>**7490 BUSH LAKE ROAD**<br>**Minneapolis, MN 55439** | **H.M. CRAGG CO.**<br>**7490 BUSH LAKE ROAD**<br>**Minneapolis, MN 55439** | **Trade debt** | | **34,222.34** |
| **HWA POWER INC**<br>**3223 CROW CANYON ROAD**<br>**SUITE #300**<br>**San Ramon, CA 94583** | **HWA POWER INC**<br>**3223 CROW CANYON ROAD**<br>**SUITE #300**<br>**San Ramon, CA 94583** | **Trade Debt** | | **29,909.18** |
| **ONDECK CAPITAL**<br>**901 NORTH STUART STREET**<br>**Arlington, VA 22203** | **ONDECK CAPITAL**<br>**901 NORTH STUART STREET**<br>**Arlington, VA 22203** | | | **150,000.00**<br><br>**(0.00 secured)** |
| **Schneider Electric IT USA Inc.**<br>**8821 Garners Ferry Rd**<br>**Hopkins, SC 29061** | **Schneider Electric IT USA Inc.**<br>**8821 Garners Ferry Rd**<br>**Hopkins, SC 29061** | **Trade Debt** | | **91,550.02** |
| **Southland Industries**<br>**33225 WESTERN AVENUE**<br>**Union City, CA 94587** | **Southland Industries**<br>**33225 WESTERN AVENUE**<br>**Union City, CA 94587** | **Trade debt** | | **10,831.00** |
| **Valley Wide Air**<br>**6362 Marquis Ct**<br>**Oak Park, CA 91377** | **Valley Wide Air**<br>**6362 Marquis Ct**<br>**Oak Park, CA 91377** | **Trade debt** | | **42,447.98** |
| **WELLS FARGO BANK**<br>**ATTN PAUL LATHROP**<br>**5340 KIETZKE LANE**<br>**Reno, NV 89511** | **WELLS FARGO BANK**<br>**ATTN PAUL LATHROP**<br>**5340 KIETZKE LANE**<br>**Reno, NV 89511** | **SIX RENTAL POWER BACK UP TRAILER** | | **410,021.18**<br><br>**(200,000.00 secured)** |
| **WELLS FARGO BANK**<br>**ATTN PAUL LATHROP**<br>**5340 KIETZKE LANE**<br>**Reno, NV 89511** | **WELLS FARGO BANK**<br>**ATTN PAUL LATHROP**<br>**5340 KIETZKE LANE**<br>**Reno, NV 89511** | **MISCELLANEOUS POWER BACK UP INVENTORY** | | **199,455.67**<br><br>**(25,000.00 secured)** |
| **WIDESPREAD ELECTRICAL SALES**<br>**11925 W Interstate 70 Frontage Rd,**<br>**Wheat Ridge, CO 80033** | **WIDESPREAD ELECTRICAL SALES**<br>**11925 W Interstate 70 Frontage Rd,**<br>**Wheat Ridge, CO 80033** | **Trade debt** | | **20,248.56** |
| **XPO LOGISTICS**<br>**6805 PERIMETER DRIVE**<br>**Dublin, OH 43016** | **XPO LOGISTICS**<br>**6805 PERIMETER DRIVE**<br>**Dublin, OH 43016** | **TRADE DEBT** | | **25,223.03** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date **June  4, 2015**                         Signature    **/s/ MARC A BASCHE**
                                                        **MARC A BASCHE**
                                                        **PRESIDENT**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.** _____ ,
         Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 376,128.27 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 901,476.85 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,788.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 622,612.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| | | Total Assets | 376,128.27 | | |
| | | Total Liabilities | | 1,525,877.05 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### District of Nevada

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**           ,     Case No. _____

                               Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**                               ,   Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                          ,          Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **WELLS FARGO BANK CHECKING ACCOUNT** | **-** | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

 __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                         ,        Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% STOCK PROACTIVE POWER SERVICE, INC** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **STEVE RYDER** | - | **5,000.00** |
| | | **Accurate Power Solutions** | - | **1,375.00** |
| | | **Allen Cohen** | - | **5,000.00** |
| | | **BankOnIT, LLC** | - | **174.48** |
| | | **Colonial Life** | - | **133.24** |
| | | **Computer Transportation Services Ltd.(Move IT)** | - | **957.75** |
| | | **Heatcraft Refrigeration Products** | - | **452.80** |
| | | **Manufacturing Resource Partners** | - | **175.00** |
| | | **Patricia Nelson** | - | **2,500.00** |
| | | **Quest Media** | - | **2,500.00** |
| | | **Stanley Argiris** | - | **1,000.00** |
| | | **The Lippey Company** | - | **3,048.00** |
| | | **Time Warner Cable** | - | **1,000.00** |

|  | Sub-Total >                  **23,316.27** |
|---|---|
|  | (Total of this page) |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **POWER & ENVIRONMENT INTERNATIONAL, INC.**     ,     Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Time Warner Cable Enterprises** | - | **5,100.00** |
| | | **Toshiba International Corp.** | - | **2,211.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >     **7,311.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                            ,         Case No. _____
                                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Itaska X Line Motorhome**<br>**Located at:**<br>**Expedition Motor Homes**<br>**2333981 Craftsman Road**<br>**Calabasas, CA 91302**<br>**(818) 225-8239** | - | **115,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **MISC OFFICE FURNITURE, EQUIPMENT AND SUPPLIES** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **SIX RENTAL POWER BACK UP TRAILER** | - | **200,000.00** |
| | | **MISCELLANEOUS TOOLS, LATTERS, PUMPS & SUPPLIES** | - | **5,000.00** |
| 30. Inventory. | | **MISCELLANEOUS POWER BACK UP INVENTORY** | - | **25,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **FOUR (4) RENTAL CONTRACTS FOR POWER BACK UP TRAILERS** | - | **1.00** |

|  | Sub-Total ><br>(Total of this page) | **345,501.00** |
|---|---|---|
|  | Total > | **376,128.27** |

Sheet ___3___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | TAX LIEN | | | | | |
| **CALIFORNIA FRANCHISE TAX BOARD** <br> **PO Box 942840** <br> **Sacramento, CA 94240** | | - | **FOUR (4) RENTAL CONTRACTS FOR POWER BACK UP TRAILERS** | | | | | |
| | | | Value $                1.00 | | | | 22,000.00 | 0.00 |
| Account No. | | | Non-Purchase Money Security | | | | | |
| **ONDECK CAPITAL** <br> **901 NORTH STUART STREET** <br> **Arlington, VA 22203** | | - | | | | | | |
| | | | Value $                0.00 | | | | 150,000.00 | 150,000.00 |
| Account No. | | | Purchase Money Security <br> 2007 Itaska X Line Motorhome <br> Located at: <br> Expedition Motor Homes <br> 2333981 Craftsman Road <br> Calabasas, CA 91302 <br> (818) 225-8239 | | | | | |
| **SANTANDER** <br> **PO BOX 660633** <br> **Dallas, TX 75266-0633** | | - | | | | | | |
| | | | Value $           115,000.00 | | | | 120,000.00 | 5,000.00 |
| Account No. xxxx xx xxxxxxxx06-26 | | | Non-Purchase Money Security | | | | | |
| **WELLS FARGO BANK** <br> **ATTN PAUL LATHROP** <br> **5340 KIETZKE LANE** <br> **Reno, NV 89511** | | - | **SIX RENTAL POWER BACK UP TRAILER** | | | | | |
| | | | Value $           200,000.00 | | | | 410,021.18 | 210,021.18 |
| **1**___ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 702,021.18 | 365,021.18 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.** ,    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx96-34** | | | **Non-Purchase Money Security** | | | | | |
| **WELLS FARGO BANK ATTN PAUL LATHROP 5340 KIETZKE LANE Reno, NV 89511** | - | | **MISCELLANEOUS POWER BACK UP INVENTORY** | | | | | |
| | | | Value $          **25,000.00** | | | | **199,455.67** | **174,455.67** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **199,455.67** | **174,455.67** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **901,476.85** | **539,476.85** |

B6E (Official Form 6E) (4/13)

.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.** _____,    Case No. _____
                                                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>    1    </u>     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re __POWER & ENVIRONMENT INTERNATIONAL, INC._____ ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | TAXES | | | | | |
| **CALIFORNIA FRANCHISE TAX BOARD P.O. Box 942867 Sacramento, CA 94267-0031** | - | | | | | | **1,600.00** | **0.00** **1,600.00** |
| Account No. | | | | | | | | |
| **LYON COUNTY TREASURER 27 S Main Street Yerington, NV 89447** | - | | | | | | **188.00** | **188.00** **0.00** |
| Account No. | | | SALES AND USE TAXES | | | | | |
| **State of Nevada - Dept. of Taxation 1550 College Parkway Carson City, NV 89706** | - | | | | | | **Unknown** | **Unknown** **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1____ of __1____  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal | **188.00** | |
| (Total of this page) | **1,788.00** | **1,600.00** |
| Total | **188.00** | |
| (Report on Summary of Schedules) | **1,788.00** | **1,600.00** |

B6F (Official Form 6F) (12/07)

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **A-L SIERRA WELDING 4443 HIGHWAY 50 EAST Carson City, NV 89701** | - | | | | | | | | **200.51** |
| Account No. | | | | | Trade debt | | | | |
| **AAA Electrical 20750 Lassen Street Chatsworth, CA 91311** | - | | | | | | | | **230.00** |
| Account No. | | | | | Trade debt | | | | |
| **ACC Business PO Box 105306 Atlanta, GA 30348-5306** | - | | | | | | | | **1,445.09** |
| Account No. | | | | | Trade Debt | | | | |
| **ADT SECURITY SERVICES PO BOX 371956 Pittsburgh, PA 15250** | - | | | | | | | | **107.33** |
| __26__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | **1,982.93** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | **Trade Debt** | | | | |
| **Advanced Battery Systems**<br>**5649 Mesmer Ave**<br>**Culver City, CA 90230** | | | | | | | | 9,845.23 |
| Account No. | | - | | **Trade debt** | | | | |
| **ADVANTECH**<br>**32 BRINDLEY CIRCLE**<br>**Clayton, NC 27520** | | | | | | | | 1,050.00 |
| Account No. | | - | | **Trade Debt** | | | | |
| **Air Power Consultants, Inc.**<br>**18903 West 157th Terrace**<br>**Olathe, KS 66062** | | | | | | | | 18,205.00 |
| Account No. | | - | | **Trade debt** | | | | |
| **Air Power Consultants, Inc.**<br>**18903 West 157th Terrace**<br>**Olathe, KS 66062** | | | | | | | | 4,605.00 |
| Account No. | | - | | **Trade debt** | | | | |
| **ALLIANT SYSTEMS**<br>**1600 NW 167TH PLACE**<br>**SUITE 330**<br>**Beaverton, OR 97006** | | | | | | | | 193.00 |

Sheet no. __1__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,898.23

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ALLIED ADMINISTRATORS** <br> P.O. Box 45739 <br> San Francisco, CA 94145-0739 | - | | | Trade debt | | | | 917.19 |
| Account No. <br><br> **Allstate Maintenance, Inc.** <br> 19720 Ventura BLVD <br> #105 <br> Woodland Hills, CA 91364 | - | | | Trade debt | | | | 170.00 |
| Account No. <br><br> **American Critical Energy Systems, Inc.** <br> 15303 N. DALLAS PARKWAY <br> Addison, TX 75001 | - | | | Trade debt | | | | 1,255.26 |
| Account No. <br><br> **AMERICAN EXPRESS** <br> PO BOX 0001 <br> Los Angeles, CA 90096-8000 | - | | | | | | | 0.00 |
| Account No. <br><br> **ANTHEM BLUE CROSS** <br> PO BOX 54630 <br> Los Angeles, CA 90054-0630 | - | | | | | | | 0.00 |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,342.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Anthony Mancini Inc. 179 SHERIDAN STREET Portland, ME 04101 | - | | | Trade debt | | | | 500.00 |
| Account No.  Applied Industrial Technologies 790 E GLENDALE AVE Sparks, NV 89431-6407 | - | | | Trade debt | | | | 2,281.10 |
| Account No.  Asco Services, Inc. PO BOX 100413 Pasadena, CA 91189-0413 | - | | | Trade debt | | | | 3,197.00 |
| Account No. **1674**  AT&T PO BOX 989045 West Sacramento, CA 95798-9045 | - | | | TELEPHONE SERVICE | | | | 1,224.07 |
| Account No. **7274**  AT&T PO Box 989045 West Sacramento, CA 95798-9045 | - | | | TELEPHONE SERVICE | | | | 115.00 |

Sheet no. __3__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,317.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                 ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
| Account No. **8680**<br><br>**AT&T**<br>**PO Box 989045**<br>**West Sacramento, CA 95798-9045** | | - | | | TELEPHONE SERVICE | | | | 166.59 |
| Account No. **1728**<br><br>**AT&T**<br>**PO BOX 5019**<br>**Carol Stream, IL 60197-5019** | | - | | | TELEPHONE SERVICE | | | | 1,021.56 |
| Account No.<br><br>**AT&T**<br>**PO BOX 5025**<br>**Carol Stream, IL 60197-5019** | | - | | | TELEPHONE SERVICES | | | | 1,654.97 |
| Account No.<br><br>**AT&T Long Distance**<br>**PO BOX 5017**<br>**Carol Stream, IL 60197-5017** | | - | | | TELEPHONE SERVICE | | | | 43.78 |
| Account No.<br><br>**AT&T MOBILITY**<br>**PO BOX 6463**<br>**Carol Stream, IL 60197** | | - | | | TELEPHONE SERVICE | | | | 250.67 |

Sheet no. __4___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,137.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.** ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| **BASIC EPART** **PO BOX 176** **Charlotte, VT 05445** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **BCC** **PO BOX 2248** **Norcross, GA 30091-2248** | - | | | | | | | 0.00 |
| Account No. | | | | TRADE DEBT | | | | |
| **Bekins Moving Solutions - Chatsworth** **20525 Nordhoff # 58** **Chatsworth, CA 91311-6135** | - | | | | | | | 3,660.00 |
| Account No. | | | | TRADE DEBT | | | | |
| **BERNARD & SONS** **16128 Saticoy Street** **Van Nuys, CA 91406** | - | | | | | | | 11,000.00 |
| Account No. | | | | MEDICAL INSURANCE | | | | |
| **BLUE CROSS OF CALIFORNIA** **PO BOX 54630** **Los Angeles, CA 90054-0630** | - | | | | | | | 4,365.57 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         19,025.57

B6F (Official Form 6F) (12/07) - Cont.

In re __POWER & ENVIRONMENT INTERNATIONAL, INC._____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| C&C POWER, INC. 395 Mission St Carol Stream, IL 60188 | - | | | | | | | 48,239.25 |
| Account No. | | | | Trade debt | | | | |
| CAL OFFICE TECHNOLOGIES FILE 50897 Los Angeles, CA 90074-0897 | - | | | | | | | 368.43 |
| Account No. | | | | Trade debt | | | | |
| CDS Moving Equipment, Inc. 375 W. MANVILLE STREET Compton, CA 90220 | - | | | | | | | 813.32 |
| Account No. | | | | Trade debt | | | | |
| CINTAS CORPORATION #623 1200 DEL PASO ROAD SUITE #130 Sacramento, CA 95834 | - | | | | | | | 261.39 |
| Account No. | | | | | | | | |
| CITY OF LOS ANGELES CITYWIDE COLLECTION SECTION PO BOX 51108 Los Angeles, CA 90051-5408 | - | | | | | | | 0.00 |

Sheet no. __6___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    49,682.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CNA INSURANCE**<br>**PO BOX 790094**<br>**Saint Louis, MO 63179-0094** | - | | **INSURANCE** | | | | 804.36 |
| Account No.<br><br>**COLONIAL LIFE**<br>**PO BOX 1365**<br>**Columbia, SC 29202-1365** | - | | | | | | 0.00 |
| Account No.<br><br>**ComNet Communications**<br>**4343 W. ROYALE LANE**<br>**SUITE 118**<br>**Irving, TX 75063** | - | | **Trade Debt** | | | | 3,981.25 |
| Account No.<br><br>**Computer Protection Technology, Inc**<br>**1215 Pacific Oaks Place, Suite 106**<br>**Escondido, CA 92029** | - | | **Trade Debt** | | | | 770.00 |
| Account No.<br><br>**Computer Room Design Corporation**<br>**120 West Drive**<br>**Lodi, OH 44254** | - | | **Trade Debt** | | | | 15,302.91 |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,858.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.** _____ ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Conway Freight, Inc. PO Box 5160 Portland, OR 97208-5160 | - | | | | | | | 4,630.43 |
| Account No. | | | | Trade debt | | | | |
| Core Power Services 2820 Kovr Dr. Floor 1 Santa Cruz, CA 95065 | - | | | | | | | 414.00 |
| Account No. | | | | Trade Debt | | | | |
| Crane Rental & Rigging PO Box 3365 Omaha, NE 68103-3365 | - | | | | | | | 3,540.00 |
| Account No. | | | | | | | | |
| Credence 6045 ATLANTIC BLVD SUITE 210 Norcross, GA 30071 | - | | | | | | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Cypress Premium Funding 30448 Rancho Viejo Road Suite # 100 San Juan Capistrano, CA 92675 | - | | | | | | | 2,960.44 |

| | | |
|---|---|---|
| Sheet no. __8__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 11,544.87 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dacorsi, Placencio & Rumsey**<br>**21031 Ventura Blvd**<br>**Suite 640**<br>**Woodland Hills, CA 91364** | - | | Trade Debt | | | | 5,997.24 |
| Account No.<br><br>**DELTA DENTAL**<br>**PO BOX 26908**<br>**San Francisco, CA 94126** | - | | | | | | 36.18 |
| Account No.<br><br>**Depenable Highway Express**<br>**PO Box 58047**<br>**Los Angeles, CA 90058-0047** | - | | Trade Debt | | | | 502.82 |
| Account No.<br><br>**DHE**<br>**PO BOX 58047**<br>**Los Angeles, CA 90058-0047** | - | | Trade debt | | | | 451.82 |
| Account No.<br><br>**Dr. Shore MD**<br>**435 N. Roxbery Drive**<br>**Suite 104**<br>**Beverly Hills, CA 90210** | - | | | | | | 100.00 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 7,088.06 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.** ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account No. | | | | Trade debt | | | | |
| **EATON CORPORATION** **c/o The Alberts Firm** **Attn: JEREMY J. ALBERTS, ESQ.** **1600 North Broadway, Suite 1010** **Santa Ana, CA 92706** | - | | | | | | | **50,097.58** |
| Account No. | | | | Trade Debt | | | | |
| **Elite Energy Systems** **20 Industrial Parkway** **Carson City, NV 89706** | - | | | | | | | **0.00** |
| Account No. | | | | Trade debt | | | | |
| **EXCEL** **PO BOX 650582** **Dallas, TX 75265-0582** | - | | | | | | | **162.11** |
| Account No. | | | | INSURANCE | | | | |
| **FARMERS INSURANCE** **4680 WILSHIRE BLVD** **Los Angeles, CA 90010** | - | | | | | | | **11,994.05** |
| Account No. | | | | Trade Debt | | | | |
| **FEDERAL EXPRESS** **PO BOX 7221** **Pasadena, CA 91109-7321** | - | | | | | | | **283.00** |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **62,536.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **FEDERAL EXPRESS** **PO BOX 32526** **Pasadena, CA 91185-1415** | - | | | | | | | 18,663.60 |
| Account No. | | | | Trade Debt | | | | |
| **FEDEX Freight West, Inc.** **6411 Guadalupe Mines Road** **San Jose, CA 95120** | - | | | | | | | 21,031.81 |
| Account No. | | | | Trade Debt | | | | |
| **Fidelis Power Solutions, LLC** **4893 W. Berry Creek Dr** **Herriman, UT 84096** | - | | | | | | | 300.00 |
| Account No. | | | | Trade debt | | | | |
| **FRONTIER COMMUNICATIONS** **PO BOX 20550** **Rochester, NY 14602-0550** | - | | | | | | | 427.18 |
| Account No. | | | | Trade debt | | | | |
| **GlobalTranz Enterprises, Inc.** **PO BOX 203285** **Dallas, TX 75320-3285** | - | | | | | | | 2,200.00 |

Sheet no. __11__ of __26__ sheets attached to Schedule of                                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)            42,622.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.** ,                Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | TRADE DEBT | | | | |
| GRAINGER DEPT. 854030285 Palatine, IL 60038-0001 | - | | | | | | | 38.07 |
| Account No. | | | | Trade debt | | | | |
| GREEN SWEEP 7403 WHITAKER COURT Summerfield, NC 27358 | - | | | | | | | 96.00 |
| Account No. | | | | Trade Debt | | | | |
| Guardian Power Protection Services 26685 Madison Ave Suite A Murrieta, CA 92562 | - | | | | | | | 13,338.00 |
| Account No. | | | | Trade debt | | | | |
| H.M. CRAGG CO. 7490 BUSH LAKE ROAD Minneapolis, MN 55439 | - | | | | | | | 34,222.34 |
| Account No. | | | | ACCOUNTING SERVICES | | | | |
| HASKEL & WHITE LLP 8001 Irvine Center Drive Suite # 300 Irvine, CA 92618 | - | | | | | | | 9,700.00 |

Sheet no. __12__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **57,394.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.**                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **HWA POWER INC** **3223 CROW CANYON ROAD** **SUITE #300** **San Ramon, CA 94583** | - | | | | | | | **29,909.18** |
| Account No. | | | | Trade debt | | | | |
| **ICW Group** **11455 EL CAMINIO REAL** **San Diego, CA 92130-2045** | - | | | | | | | **Unknown** |
| Account No. | | | | Trade Debt | | | | |
| **Impact Telecom** **PO Box 660344** **Dallas, TX 75266-0344** | - | | | | | | | **779.66** |
| Account No. | | | | Trade Debt | | | | |
| **Ingram Micro** **1759 Wehrle Drive** **Buffalo, NY 14221** | - | | | | | | | **1,015.18** |
| Account No. | | | | Trade debt | | | | |
| **Inner-I Security** **23919 Ventura Blvd** **Calabasas, CA 91302** | - | | | | | | | **1,955.00** |

| Sheet no. __13__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **33,659.02** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| **Insperity Business Services LP** **PO Box 846055** **Dallas, TX 75284-6055** | - | | | | | | | 319.20 |
| Account No. | | | | Trade debt | | | | |
| **JFG SYSTEMS** **310S NEVADA STREET** **Carson City, NV 89703** | - | | | | | | | 187.50 |
| Account No. | | | | Trade debt | | | | |
| **JNI Logistics, LLC** **4497 Brownridge Terrace** **Suite # 102** **Medford, OR 97504** | - | | | | | | | 2,273.59 |
| Account No. | | | | | | | | |
| **KSCI CHANNEL 18** **322 East 100 North** **Farmington, UT 84025** | - | | | | | | | 198.00 |
| Account No. | | | | Water & Power | | | | |
| **LA Dept of Water & Power** **PO BOX 30808** **Los Angeles, CA 90030-0808** | - | | | | | | | 0.00 |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,978.29

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                    Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LA SIERRA UNIVERSITY**<br>**322 EAST 100 NORTH**<br>**Farmington, UT 84025** | - | | | | | | 200.00 |
| Account No.<br><br>**Leoch Battery Corp**<br>**6922 Via Angelina Drive**<br>**Huntington Beach, CA 92647** | - | | Trade debt | | | | 7,914.50 |
| Account No.<br><br>**LIVINGSTON**<br>**PO BOX 920**<br>**Buffalo, NY 14213** | - | | Trade debt | | | | 243.53 |
| Account No.<br><br>**Livingston International, Inc.**<br>**6922 Via Angelina Drive**<br>**Huntington Beach, CA 92647** | - | | Trade debt | | | | 243.53 |
| Account No.<br><br>**LOS BOLANOS**<br>**8685 Vine Valley Drive**<br>**Sun Valley, CA 91352** | - | | | | | | 350.00 |

Sheet no. __15__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,951.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**                          ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | UTILITIES | | | | |
| **LYON COUNTY UTILITIES** **PO Box 1699** **Dayton, NV 89403** | - | | | | | | | **52.06** |
| Account No. | | | | | | | | |
| **MICHAEL MAZZEI** | - | | | | | | | **2,677.50** |
| Account No. | | | | | | | | |
| **MIGUEL ALFARO** | - | | | | | | | **45.14** |
| Account No. | | | | | | | | |
| **MIGUEL LUNCEFORD** | - | | | | | | | **450.00** |
| Account No. | | | | | | | | |
| **MOVE IT** **PO BOX 220** **Breda, IA 51436** | - | | | | | | | **1,206.56** |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,431.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**         ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **OCR**<br>**220 RAILROAD AVE**<br>**Milpitas, CA 95035** | - | | | | X | X | 7,245.00 |
| Account No. | | | Trade debt | | | | |
| **OnTrack System**<br>**4151 BERFORD CIRCLE**<br>**Atlanta, GA 30319** | - | | | | | | 369.68 |
| Account No. | | | Trade debt | | | | |
| **PAULS AUTO PAINTING**<br>**25303 GRAD PRIX COURT**<br>**Wyoming, MN 55092** | - | | | | | | 443.00 |
| Account No. | | | POSTAGE/MAILINGS | | | | |
| **PITNEY BOWES**<br>**PO BOX 371874**<br>**Pittsburgh, PA 15250-7874** | - | | | | | | 228.89 |
| Account No. | | | Trade debt | | | | |
| **POWER MANAGEMENT**<br>**115 N OCEAN WAVE STREET**<br>**Long Beach, MS 39560** | - | | | | | | 8,707.00 |

Sheet no. __17__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      16,993.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.** , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **PROACTIVE POWER SERVICE** **7051 HAYVENHURST AVE** **Van Nuys, CA 91406-3802** | - | | | | | | 6,812.00 |
| Account No. | | | Trade debt | | | | |
| **PROCOMP** **400 W. Artesia Blvd** **Compton, CA 90220** | - | | | | | | 20.00 |
| Account No. | | | Trade debt | | | | |
| **PROGRESSIVE PACKAGING** **PO BOX 254** **East Rutherford, NJ 07073** | - | | | | | | 2,978.78 |
| Account No. | | | Trade debt | | | | |
| **PROVANTAGE CORP** **130 Penmarc Dr Suite 112** **Raleigh, NC 27603** | - | | | | | | 467.46 |
| Account No. | | | Trade debt | | | | |
| **PYRAD INTERNATIONAL** **433 PLAZA REAL** **SUITE 275** **Boca Raton, FL 33432** | - | | | | | | 2,500.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **12,778.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **RAYCAP INC**<br>**806 S CLEARWATER LOOP**<br>**Post Falls, ID 83854-9480** | - | | | | | | 419.02 |
| Account No. | | | Trade debt | | | | |
| **REMOTE TECH**<br>**125 E Santa Clara St**<br>**Ste 13**<br>**Arcadia, CA 91006** | - | | | | | | 68.00 |
| Account No. | | | Trade debt | | | | |
| **RENO FORKLIFT**<br>**171 CONEY ISLAND DRIVE**<br>**Sparks, NV 89431** | - | | | | | | 462.63 |
| Account No. | | | Trade debt | | | | |
| **RENT-IT**<br>**2081 FIRSWT STREET**<br>**#200**<br>**Los Angeles, CA 90074-0897** | - | | | | | | 611.43 |
| Account No. | | | | | | | |
| **RMS**<br>**PO BOX 509**<br>**Richfield, OH 44286** | - | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __19__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,561.08 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                    ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| ROAD AIR TRANSPORTATION INC 5020 SAN MARCUS Mesquite, TX 75150 | - | | | | | | | 486.16 |
| Account No. | | | | Trade debt | | | | |
| ROLL GLOBAL 11444 Olympic Blvd. Los Angeles, CA 90064 | - | | | | | | | 600.00 |
| Account No. | | | | Legal Fees | | | | |
| ROWE & HALES LLP 1638 Esmeralda Ave Minden, NV 89423 | - | | | | | | | 1,770.00 |
| Account No. | | | | Credit card purchases | | | | |
| RUNTIME BATTERY SYSTEMS LLC 3131 W Hampden Ave Englewood, CO 80110 | - | | | | | | | 281.00 |
| Account No. | | | | Trade debt | | | | |
| SBC DATA POWER 1041 W 18TH STREET SUITE B104 Costa Mesa, CA 92627 | - | | | | | | | 750.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        3,887.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**                          ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Schneider Electric IT USA Inc.**<br>**8821 Garners Ferry Rd**<br>**Hopkins, SC 29061** | - | | | Trade Debt | | | | 91,550.02 |
| Account No.<br><br>**Secure Power Professionals, LLC**<br>**5127 E Keresan St**<br>**Phoenix, AZ 85044** | - | | | Trade debt | | | | 250.00 |
| Account No.<br><br>**Sheahan Transportation Service Inc.**<br>**6140 N Hollywood Blvd**<br>**Las Vegas, NV 89115** | - | | | Trade debt | | | | 200.00 |
| Account No.<br><br>**SHELL**<br>**PO BOX 183019**<br>**Columbus, OH 43218-3019** | - | | | TRADE DEBT | | | | 1,985.02 |
| Account No.<br><br>**SIERRA FILTRATION PRODUCTS**<br>**2890 VASSER ST**<br>**SUITE A-1**<br>**Reno, NV 89502-3227** | - | | | Trade debt | | | | 1,265.76 |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **95,250.80**

B6F (Official Form 6F) (12/07) - Cont.

In re __POWER & ENVIRONMENT INTERNATIONAL, INC._____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Sierra Welding Products 4443 HWY 50 EAST Carson City, NV 89701 | | - | | | | | 200.51 |
| Account No. | | | TRADE DEBT | | | | |
| SITE SUPPORT SERVICES 10915 MCCORMICK ROAD Hunt Valley, MD 21031 | | - | | | | | 4,360.00 |
| Account No. | | | Trade debt | | | | |
| SOCAL OFFICE TECHNOLOGIES 5700 Warland Dr Cypress, CA 90630 | | - | | | | | 368.63 |
| Account No. | | | Trade debt | | | | |
| SOFASCO 182 Garber Ln Winchester, VA 22602 | | - | | | | | 660.00 |
| Account No. | | | Trade debt | | | | |
| Southland Industries 33225 WESTERN AVENUE Union City, CA 94587 | | - | | | | | 10,831.00 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,420.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.** ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **SPARKLETTS PO BOX 660579 Dallas, TX 75226-0579** | - | | | | | | | | 266.73 |
| Account No. | | | | | Trade debt | | | | |
| **SPERITY 2990 TRIVERTON PIKE DRIVE Madison, WI 53711** | - | | | | | | | | 106.40 |
| Account No. | | | | | WORKERS COMP | | | | |
| **STATE OF NEVADA DIVISION OF INDUSTRIAL RELATIONS 400 W KING STREET SUITE 400 Carson City, NV 89703** | - | | | | | | | | 1,429.28 |
| Account No. | | | | | INSURANCE EXPENSE | | | | |
| **THE HARTFORD NAVION INSURANCE GROUP PO BOX 33015 San Antonio, TX 78265** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **TIME WARNER PO BOX 60074 City of Industry, CA 91716** | - | | | | | | | | 2,926.84 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,729.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Transpower Testing Inc. 52 Maxwell Irvine, CA 92618 | - | | | | | | 800.00 |
| Account No. | | | Trade debt | | | | |
| TYCO PO BOX 371967 Pittsburgh, PA 15250 | - | | | | | | 774.52 |
| Account No. | | | | | | | |
| UNION RESCUE MISSION 545 S San Pedro St Los Angeles, CA 90013 | - | | | | | | 204.92 |
| Account No. | | | Trade debt | | | | |
| UNITED RENTALS BOX 51122 Los Angeles, CA 90074 | - | | | | | | 1,282.64 |
| Account No. | | | Trade Debt | | | | |
| UPS PO BOX 7247-0244 Philadelphia, PA 19170 | - | | | | | | 58.44 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   3,120.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Valley Wide Air** **6362 Marquis Ct** **Oak Park, CA 91377** | - | | | | | | | 42,447.98 |
| Account No. | | | | Trade debt | | | | |
| **VERIZON** **PO BOX 9688** **Mission Hills, CA 91346** | - | | | | | | | 266.75 |
| Account No. | | | | TRASH SERVICE | | | | |
| **WASTE MANAGEMENT** **PO BOX 541065** **Los Angeles, CA 90054-1065** | - | | | | | | | 1,355.69 |
| Account No. | | | | | | | | |
| **WELLS FARGO** **PO BOX 54349** **Los Angeles, CA 90054-0349** | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| **Western Electrical Services, Inc.** **3695 Bleckely St** **Mather, CA 95655** | - | | | | | | | 2,200.00 |

| | | |
|---|---|---|
| Sheet no. __25__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 46,270.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **POWER & ENVIRONMENT INTERNATIONAL, INC.** ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **WIDESPREAD ELECTRICAL SALES** **11925 W Interstate 70 Frontage Rd, Wheat Ridge, CO 80033** | | - | | | | | | 20,248.56 |
| Account No. | | | | Trade debt | | | | |
| **WIL POWER** **1924 1st St** **San Fernando, CA 91340** | | - | | | | | | 798.00 |
| Account No. | | | | Trade debt | | | | |
| **WORLDWIDE EXPRESS** **1851 Heritiage Lane, Suite 141** **Sacramento, CA 95815** | | - | | | | | | 5,879.80 |
| Account No. | | | | TRADE DEBT | | | | |
| **XPO LOGISTICS** **6805 PERIMETER DRIVE** **Dublin, OH 43016** | | - | | | | | | 25,223.03 |
| Account No. | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 52,149.39 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 622,612.20 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**      Case No. _____

                                             Debtor(s)          Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the PRESIDENT of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**40**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 4, 2015** _____        Signature    **/s/ MARC A BASCHE** _____

                                                        **MARC A BASCHE**

                                                        **PRESIDENT**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Nevada

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**        Case No. _____

                                    Debtor(s)        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$374,591.53** | **2015 YTD: Debtor Business Income** |
| **$3,285,263.77** | **2014: Debtor Business Income** |
| **$4,104,921.01** | **2013: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                      SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **EATON CORPORATION V POWER & ENVIRONMENT INTERNATIONAL, INC. CASE NO. BC581318** | **BREACH OF CONTRACT** | **LOS ANGELES COUNTY SUPERIOR COURT, LOS ANGELES, CALIFORNIA** | **PENDING - COMPLAINT FILED** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*˚ Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **DARBY LAW PRACTICE, LTD. 4777 CAUGHLIN PARKWAY Reno, NV 89519** | **6/1/2015 - MARC A BASCHE** | **$7,500 - RETAINER - INCLUDING FILING FEE** |

B7 (Official Form 7) (04/13)
4

**10.  Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **6 PONY EXPRESS CIRCLE, MINDEN, NEVADA** | **POWER & ENVIRONMENT INTERNATIONAL, INC.** | **2005 - APRIL, 2015** |
| **20540 SUPERIOR STREET, UNIT C, CHATSWORTH, CA 91311** | **POWER & ENVIRONMENT INTERNATIONAL, INC.** | **2005-2015** |

---

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| POWER & ENVIRONMENTAL INTERNATIONAL, INC | | 26 AFFONSO #502 Carson City, NV 89706 | POWER BACK UP RENTALS, SALES & SERVICE | 2004-2015 |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| HASKELL & WHITE LLP 8001 IRVINE CENTER DRIVE SUITE 300 Irvine, CA 92618 | 2009-2014 |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

B7 (Official Form 7) (04/13)
7

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                   RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS             NATURE OF INTEREST             PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS             TITLE                        NATURE AND PERCENTAGE
                                                   OF STOCK OWNERSHIP
**MARC A BASCHE**             **PRESIDENT & SOLE**          **COMMON**
                                 **SHAREHOLDER**         **100% OUTSTANDING SHARES**
                                                        **STOCK**

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                        DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE                        DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                      AMOUNT OF MONEY
OF RECIPIENT,                  DATE AND PURPOSE          OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL             VALUE OF PROPERTY

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June  4, 2015**                          Signature   **/s/ MARC A BASCHE**
                                                             **MARC A BASCHE**
                                                             **PRESIDENT**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**        Case No. _____

                                         Debtor(s)         Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.   $ **0.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):     **MARC A. BASCHE**

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 4, 2015** _____      /s/ KEVIN A. DARBY, ESQ.
                                                 **KEVIN A. DARBY, ESQ. 7670**
                                                 **DARBY LAW PRACTICE, LTD**
                                                 **4777 CAUGHLIN PARKWAY**
                                                 **RENO, NV 89519**
                                                 **775.322.1237  Fax: 775.996.7290**
                                                 **kevin@darbylawpractice.com**

# United States Bankruptcy Court

## District of Nevada

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**      ,      Case No. _____

                                       Debtor              Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **MARC A BASCHE** | **COMMON** | **100%<br>OUTSTANDING<br>SHARES** | **STOCK** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**June 4, 2015**_____        Signature__**/s/ MARC A BASCHE**_____

                                                      **MARC A BASCHE**<br>                                                      **PRESIDENT**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.<br>18 U.S.C §§ 152 and 3571.

---

**0**_____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **POWER & ENVIRONMENT INTERNATIONAL, INC.**

Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June  4, 2015** _____

**/s/ MARC A BASCHE** _____
**MARC A BASCHE/PRESIDENT**
Signer/Title

POWER & ENVIRONMENT INTERNATIONAL, INC.
PO BOX 2890
Minden, NV 89423

KEVIN A. DARBY, ESQ.
DARBY LAW PRACTICE, LTD
4777 CAUGHLIN PARKWAY
RENO, NV 89519

A-L SIERRA WELDING
4443 HIGHWAY 50 EAST
Carson City, NV 89701

AAA Electrical
20750 Lassen Street
Chatsworth, CA 91311

ACC Business
PO Box 105306
Atlanta, GA 30348-5306

ADT SECURITY SERVICES
PO BOX 371956
Pittsburgh, PA 15250

Advanced Battery Systems
5649 Mesmer Ave
Culver City, CA 90230

ADVANTECH
32 BRINDLEY CIRCLE
Clayton, NC 27520

Air Power Consultants, Inc.
18903 West 157th Terrace
Olathe, KS 66062

ALLIANT SYSTEMS
1600 NW 167TH PLACE
SUITE 330
Beaverton, OR 97006

ALLIED ADMINISTRATORS
P.O. Box 45739
San Francisco, CA 94145-0739

Allstate Maintenance, Inc.
19720 Ventura BLVD
#105
Woodland Hills, CA 91364

American Critical Energy Systems, Inc.
15303 N. DALLAS PARKWAY
Addison, TX 75001

AMERICAN EXPRESS
PO BOX 0001
Los Angeles, CA 90096-8000

ANTHEM BLUE CROSS
PO BOX 54630
Los Angeles, CA 90054-0630

Anthony Mancini Inc.
179 SHERIDAN STREET
Portland, ME 04101

Applied Industrial Technologies
790 E GLENDALE AVE
Sparks, NV 89431-6407

Asco Services, Inc.
PO BOX 100413
Pasadena, CA 91189-0413

AT&T
Acct No 1674
PO BOX 989045
West Sacramento, CA 95798-9045

AT&T
Acct No 7274
PO Box 989045
West Sacramento, CA 95798-9045

AT&T
Acct No 8680
PO Box 989045
West Sacramento, CA 95798-9045

AT&T
Acct No 1728
PO BOX 5019
Carol Stream, IL 60197-5019

AT&T
PO BOX 5025
Carol Stream, IL 60197-5019

AT&T Long Distance
PO BOX 5017
Carol Stream, IL 60197-5017

AT&T MOBILITY
PO BOX 6463
Carol Stream, IL 60197

BASIC EPART
PO BOX 176
Charlotte, VT 05445

BCC
PO BOX 2248
Norcross, GA 30091-2248

Bekins Moving Solutions - Chatsworth
20525 Nordhoff # 58
Chatsworth, CA 91311-6135

BERNARD & SONS
16128 Saticoy Street
Van Nuys, CA 91406

BLUE CROSS OF CALIFORNIA
PO BOX 54630
Los Angeles, CA 90054-0630

C&C POWER, INC.
395 Mission St
Carol Stream, IL 60188

CAL OFFICE TECHNOLOGIES
FILE 50897
Los Angeles, CA 90074-0897

CALIFORNIA FRANCHISE TAX BOARD
PO Box 942840
Sacramento, CA 94240

CALIFORNIA FRANCHISE TAX BOARD
P.O. Box 942867
Sacramento, CA 94267-0031

CDS Moving Equipment, Inc.
375 W. MANVILLE STREET
Compton, CA 90220

CINTAS CORPORATION #623
1200 DEL PASO ROAD
SUITE #130
Sacramento, CA 95834

CITY OF LOS ANGELES
CITYWIDE COLLECTION SECTION
PO BOX 51108
Los Angeles, CA 90051-5408

CNA INSURANCE
PO BOX 790094
Saint Louis, MO 63179-0094

COLONIAL LIFE
PO BOX 1365
Columbia, SC 29202-1365

ComNet Communications
4343 W. ROYALE LANE
SUITE 118
Irving, TX 75063

Computer Protection Technology, Inc
1215 Pacific Oaks Place, Suite 106
Escondido, CA 92029

Computer Room Design Corporation
120 West Drive
Lodi, OH 44254

Conway Freight, Inc.
PO Box 5160
Portland, OR 97208-5160

Core Power Services
2820 Kovr Dr. Floor 1
Santa Cruz, CA 95065

Crane Rental & Rigging
PO Box 3365
Omaha, NE 68103-3365

Credence
6045 ATLANTIC BLVD
SUITE 210
Norcross, GA 30071

Cypress Premium Funding
30448 Rancho Viejo Road
Suite # 100
San Juan Capistrano, CA 92675

Dacorsi, Placencio & Rumsey
21031 Ventura Blvd
Suite 640
Woodland Hills, CA 91364

DELTA DENTAL
PO BOX 26908
San Francisco, CA 94126

Depenable Highway Express
PO Box 58047
Los Angeles, CA 90058-0047

DHE
PO BOX 58047
Los Angeles, CA 90058-0047

Dr. Shore MD
435 N. Roxbery Drive
Suite 104
Beverly Hills, CA 90210

EATON CORPORATION
c/o The Alberts Firm
Attn: JEREMY J. ALBERTS, ESQ.
1600 North Broadway, Suite 1010
Santa Ana, CA 92706

EATON CORPORATION
8609 SIX FORKS ROAD
Creston, NC 28615

Elite Energy Systems
20 Industrial Parkway
Carson City, NV 89706

EXCEL
PO BOX 650582
Dallas, TX 75265-0582

FARMERS INSURANCE
4680 WILSHIRE BLVD
Los Angeles, CA 90010

FEDERAL EXPRESS
PO BOX 7221
Pasadena, CA 91109-7321

FEDERAL EXPRESS
PO BOX 32526
Pasadena, CA 91185-1415

FEDEX Freight West, Inc.
6411 Guadalupe Mines Road
San Jose, CA 95120

Fidelis Power Solutions, LLC
4893 W. Berry Creek Dr
Herriman, UT 84096

FRONTIER COMMUNICATIONS
PO BOX 20550
Rochester, NY 14602-0550

GlobalTranz Enterprises, Inc.
PO BOX 203285
Dallas, TX 75320-3285

GRAINGER
DEPT. 854030285
Palatine, IL 60038-0001

GREEN SWEEP
7403 WHITAKER COURT
Summerfield, NC 27358

Guardian Power Protection Services
26685 Madison Ave
Suite A
Murrieta, CA 92562

H.M. CRAGG CO.
7490 BUSH LAKE ROAD
Minneapolis, MN 55439

HASKEL & WHITE LLP
8001 Irvine Center Drive Suite # 300
Irvine, CA 92618

HWA POWER INC
3223 CROW CANYON ROAD
SUITE #300
San Ramon, CA 94583

ICW Group
11455 EL CAMINIO REAL
San Diego, CA 92130-2045

Impact Telecom
PO Box 660344
Dallas, TX 75266-0344

Ingram Micro
1759 Wehrle Drive
Buffalo, NY 14221

Inner-I Security
23919 Ventura Blvd
Calabasas, CA 91302

Insperity Business Services LP
PO Box 846055
Dallas, TX 75284-6055

JFG SYSTEMS
310S NEVADA STREET
Carson City, NV 89703

JNI Logistics, LLC
4497 Brownridge Terrace
Suite # 102
Medford, OR 97504

KSCI CHANNEL 18
322 East 100 North
Farmington, UT 84025

LA Dept of Water & Power
PO BOX 30808
Los Angeles, CA 90030-0808

LA SIERRA UNIVERSITY
322 EAST 100 NORTH
Farmington, UT 84025

Leoch Battery Corp
6922 Via Angelina Drive
Huntington Beach, CA 92647

LIVINGSTON
PO BOX 920
Buffalo, NY 14213

Livingston International, Inc.
6922 Via Angelina Drive
Huntington Beach, CA 92647

LOS BOLANOS
8685 Vine Valley Drive
Sun Valley, CA 91352

LYON COUNTY TREASURER
27 S Main Street
Yerington, NV 89447

LYON COUNTY UTILITIES
PO Box 1699
Dayton, NV 89403

MICHAEL MAZZEI


MIGUEL ALFARO


MIGUEL LUNCEFORD


MOVE IT
PO BOX 220
Breda, IA 51436

NORTH SHORE AGENCY
FEDEX REVENUE RECOVERY
PO BOX 7221
Pasadena, CA 91109-7321

OCR
220 RAILROAD AVE
Milpitas, CA 95035

ONDECK CAPITAL
901 NORTH STUART STREET
Arlington, VA 22203

OnTrack System
4151 BERFORD CIRCLE
Atlanta, GA 30319

PAULS AUTO PAINTING
25303 GRAD PRIX COURT
Wyoming, MN 55092

PITNEY BOWES
PO BOX 371874
Pittsburgh, PA 15250-7874

POWER MANAGEMENT
115 N OCEAN WAVE STREET
Long Beach, MS 39560

PROACTIVE POWER SERVICE
7051 HAYVENHURST AVE
Van Nuys, CA 91406-3802

PROCOMP
400 W. Artesia Blvd
Compton, CA 90220

PROGRESSIVE PACKAGING
PO BOX 254
East Rutherford, NJ 07073

PROVANTAGE CORP
130 Penmarc Dr Suite 112
Raleigh, NC 27603

PYRAD INTERNATIONAL
433 PLAZA REAL
SUITE 275
Boca Raton, FL 33432

RAYCAP INC
806 S CLEARWATER LOOP
Post Falls, ID 83854-9480

RELIANT SERVICES GROUP, LLC
10505 SORRENTO VALLEY ROAD
SUITE 150
San Diego, CA 92121

REMOTE TECH
125 E Santa Clara St
Ste 13
Arcadia, CA 91006

RENO FORKLIFT
171 CONEY ISLAND DRIVE
Sparks, NV 89431

RENT-IT
2081 FIRSWT STREET
#200
Los Angeles, CA 90074-0897

RMS
PO BOX 509
Richfield, OH 44286

ROAD AIR TRANSPORTATION INC
5020 SAN MARCUS
Mesquite, TX 75150

ROLL GLOBAL
11444 Olympic Blvd.
Los Angeles, CA 90064

ROWE & HALES LLP
1638 Esmeralda Ave
Minden, NV 89423

RUNTIME BATTERY SYSTEMS LLC
3131 W Hampden Ave
Englewood, CO 80110

SANTANDER
PO BOX 660633
Dallas, TX 75266-0633

SBC DATA POWER
1041 W 18TH STREET
SUITE B104
Costa Mesa, CA 92627

Schneider Electric IT USA Inc.
8821 Garners Ferry Rd
Hopkins, SC 29061

Secure Power Professionals, LLC
5127 E Keresan St
Phoenix, AZ 85044

Sheahan Transportation Service Inc.
6140 N Hollywood Blvd
Las Vegas, NV 89115

SHELL
PO BOX 183019
Columbus, OH 43218-3019

SIERRA FILTRATION PRODUCTS
2890 VASSER ST
SUITE A-1
Reno, NV 89502-3227

Sierra Welding Products
4443 HWY 50 EAST
Carson City, NV 89701

SITE SUPPORT SERVICES
10915 MCCORMICK ROAD
Hunt Valley, MD 21031

SOCAL OFFICE TECHNOLOGIES
5700 Warland Dr
Cypress, CA 90630

SOFASCO
182 Garber Ln
Winchester, VA 22602

Southland Industries
33225 WESTERN AVENUE
Union City, CA 94587

SPARKLETTS
PO BOX 660579
Dallas, TX 75226-0579

SPERITY
2990 TRIVERTON PIKE DRIVE
Madison, WI 53711

STATE OF NEVADA
DIVISION OF INDUSTRIAL RELATIONS
400 W KING STREET
SUITE 400
Carson City, NV 89703

State of Nevada - Dept. of Taxation
1550 College Parkway
Carson City, NV 89706

THE HARTFORD
NAVION INSURANCE GROUP
PO BOX 33015
San Antonio, TX 78265

TIME WARNER
PO BOX 60074
City of Industry, CA 91716

Transpower Testing Inc.
52 Maxwell
Irvine, CA 92618

TYCO
PO BOX 371967
Pittsburgh, PA 15250

UNION RESCUE MISSION
545 S San Pedro St
Los Angeles, CA 90013

UNITED RENTALS
BOX 51122
Los Angeles, CA 90074

UPS
PO BOX 7247-0244
Philadelphia, PA 19170

Valley Wide Air
6362 Marquis Ct
Oak Park, CA 91377

VERIZON
PO BOX 9688
Mission Hills, CA 91346

WASTE MANAGEMENT
PO BOX 541065
Los Angeles, CA 90054-1065

WELLS FARGO
PO BOX 54349
Los Angeles, CA 90054-0349

WELLS FARGO BANK
Acct No xxxx xx xxxxxxxx06-26
ATTN PAUL LATHROP
5340 KIETZKE LANE
Reno, NV 89511

WELLS FARGO BANK
Acct No xxxxxxxx96-34
ATTN PAUL LATHROP
5340 KIETZKE LANE
Reno, NV 89511

Western Electrical Services, Inc.
3695 Bleckely St
Mather, CA 95655

WIDESPREAD ELECTRICAL SALES
11925 W Interstate 70 Frontage Rd,
Wheat Ridge, CO 80033

WIL POWER
1924 1st St
San Fernando, CA 91340

```
WORLDWIDE EXPRESS
1851 Heritiage Lane, Suite 141
Sacramento, CA 95815

XPO LOGISTICS
6805 PERIMETER DRIVE
Dublin, OH 43016
```

# United States Bankruptcy Court
## District of Nevada

In re    **POWER & ENVIRONMENT INTERNATIONAL, INC.**                                Case No.

                                            Debtor(s)                                Chapter       **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **POWER & ENVIRONMENT INTERNATIONAL, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

**June  4, 2015**

Date

**/s/ KEVIN A. DARBY, ESQ.**
**KEVIN A. DARBY, ESQ. 7670**
Signature of Attorney or Litigant
Counsel for   **POWER & ENVIRONMENT INTERNATIONAL, INC.**
**DARBY LAW PRACTICE, LTD**
**4777 CAUGHLIN PARKWAY**
**RENO, NV 89519**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**